UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAN AGUSTIN,

        Petitioner,

  vs.

JAMES TILTON, Warden,

        Respondent.
                                   /

No. C 08-3386 PJH (PR)

**ORDER FOR PETITIONER TO SHOW CAUSE**

    In this habeas case petitioner challenges his classification as a gang member or associate and his consequent housing in the prison's Security Housing Unit. There is no indication in the petition that this housing decision has any effect on the length of his sentence.

    "'Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. § 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. § 1979, as amended, 42 U.S.C. § 1983. Challenges to the lawfulness of confinement or to particulars affecting its duration are the province of habeas corpus.'" *Hill v. McDonough*, 547 U.S. 574, 579 (2006) (quoting *Muhammad v. Close*, 540 U.S. 749, 750 (2004)). "An inmate's challenge to the circumstances of his confinement, however, may be brought under § 1983." *Id.; see Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (habeas corpus action proper mechanism for challenging "legality or duration" of confinement; civil rights action proper method for challenging conditions of confinement); *Crawford v. Bell*, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

1   This case does not seem to involve the legality of petitioner's confinement or the
2   length or it.  Petitioner shall show cause within thirty days of the date this order is entered
3   why this case should not be dismissed as not properly brought in habeas.
4   **IT IS SO ORDERED.**
5   Dated:  August 4, 2008.

_____
PHYLLIS J. HAMILTON
United States District Judge

28  G:\PRO-SE\PJH\HC.08\SAN AUGUSTIN3386.OSC.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAN AGUSTIN,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.
                               /

Case Number: CV08-03386 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael San Agustin T-45378
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk