UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SAN AGUSTIN,

        Petitioner,

vs.

JAMES TILTON, Warden,

        Respondent.

                                      /

No. C 08-3386 PJH (PR)

**ORDER OF DISMISSAL**

In this habeas case petitioner challenges his classification as a gang member or associate and his consequent housing in the prison's Security Housing Unit. There is no indication in the petition that this housing decision has any effect on the length of his sentence. Petitioner was ordered to show cause why the case should not be dismissed as not properly brought as a habeas case. He has not responded and the time to do so has expired. This case is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 5, 2010.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\HC.08\SAN AGUSTIN3386.DSM.wpd